### NICHOLAS DABOVICH, Respondent, v. JOSEPH EMERIC, Appellant.

### No. 2627; July 3, 1860.

**Appeal—Reappearance of Case—Reaffirmance.—A Judgment in Accordance** with the principles of a past decision on appeal of the same case is to be affirmed.

APPEAL from Fourth Judicial District, San Francisco County

Whitcomb, Pringle & Fulton for respondent; E. W. F. Sloan for appellant.

See Dabovich v. Emeric, 12 Cal. 171.

BALDWIN, J.—This case has been tried three times and verdicts had for plaintiff. It seems to have been tried the last time in accordance with the principles of the decision here when the case was last in this court. We see no such error as to induce us to interfere with the judgment.

The point as to the costs is not well taken. The motion to retax should have been made below within the time prescribed.

The judgment is affirmed.

I concur: Cope, J.